NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MICHAEL RAY CURTIS,                )
                                   )
            Appellant,             )
                                   )
v.                                 )         Case No. 2D19-1477
                                   )
STATE OF FLORIDA,                  )
                                   )
            Appellee.              )
_____)

Opinion filed November 13, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for DeSoto County; Don T. Hall,
Judge.


PER CURIAM.


        Affirmed.  See § 775.084(1)(b)(1), Fla. Stat. (1991); Tillman v. State, 609

So. 2d 1295 (Fla. 1992); Ross v. State, 601 So. 2d 1190 (Fla. 1992); Hall v. State, 821

So. 2d 1154 (Fla. 2d DCA 2002); Williams v. State, 898 So. 2d 966 (Fla. 3d DCA 2005);

Davis v. State, 880 So. 2d 1292 (Fla. 3d DCA 2004).


VILLANTI, LaROSE, and BADALAMENTI, JJ., Concur.